UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINA BENITEZ : | |
|     Plaintiff : | |
| : | Civil Action No. |
| v. : | |
| : | |
| MAGGIE'S GLASTONBURY, INC. : | |
|     Defendant : | SEPTEMBER 5, 2019 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Maggie's Glastonbury, Inc. respectfully states:

1. On or about August 12, 2019, an action was commenced against Defendant Maggie's Glastonbury, Inc. in the Superior Court for the Judicial District of Hartford, in the State of Connecticut, captioned <u>Christina Benitez v. Maggie's Glastonbury, Inc.</u>, HHD-CV19-6115703-S ("State Action"), by service of process on Defendant's agent for service in Connecticut. Copies of all process, pleadings and orders served upon Defendant Maggie's Glastonbury, Inc. in the State Action are annexed hereto as Exhibit A.

2. This action is removed to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, federal question jurisdiction. Plaintiff Christina Benitez alleges that Defendant violated her rights under the Fair Labor Standards Act, 29 U.S.C. § 207(a)(1) and 29 U.S.C. § 215(a)(3).

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. Defendant Maggie's Glastonbury, Inc. first received the complaint upon which this removal is based by service on August 12, 2019. Therefore, this Petition for Removal is filed with this Court within thirty (30) days, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

5. Defendant Maggie's Glastonbury, Inc. submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6. This Petition will be filed promptly with the Superior Court for the Judicial District of Hartford, as required by 28 U.S.C. § 1446(d).

7. By copy of this document and in accordance with the Certificate of Service, Defendant Maggie's Glastonbury, Inc. is providing notice to all parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Maggie's Glastonbury, Inc. respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

DEFENDANT,
MAGGIE'S GLASTONBURY, INC.

By: */s/ Sarah R. Skubas*
Sarah R. Skubas (ct 28327)
Alexa M. Farmer (ct 30052)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
sarah.skubas@jacksonlewis.com
alexa.farmer@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

    I hereby certify that on September 5, 2019, a copy of the foregoing was filed electronically. A copy has been served via first-class mail, postage prepaid, to all parties of record as follows:

        Matthew D. Paradisi, Esq.
        Cicchiello & Cicchiello LLP
        364 Franklin Avenue
        Hartford, CT 06114


        /s/ *Alexa M. Farmer*
        Alexa M. Farmer