UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINA BENITEZ : | |
|     Plaintiff : | |
| : | Civil Action No. |
| : | 3:19-cv-01377 (MPS) |
| v. : | |
| : | |
| MAGGIE'S GLASTONBURY, INC. : | |
|     Defendant : | MARCH 4, 2020 |
| : | |

## JOINT STATUS REPORT

Pursuant to this Court's Scheduling Order dated October 31, 2019 (Dkt. No. 17) and Court's subsequent order on March 2, 2020 (Dkt. 27), Plaintiff Christina Benitez and Defendant Maggie's Glastonbury, Inc. ("Defendant"), through their undersigned counsel, respectfully submit this Joint Status Report.

    1.    **Status of the Case:** Defendant answered Plaintiff's Amended Complaint and asserted affirmative defenses on November 12, 2019. (Dkt No. 20.) The parties do not anticipate filing any amended pleadings and do not anticipate any motion practice that will interfere with the parties' compliance with the Scheduling Order.

The parties exchanged written discovery requests. Plaintiff provided initial written discovery responses and objections on February 25, 2020. Defendant has provided written objections to discovery responses dated March 3, 2020. There have been no depositions taken to-date. Plaintiff's deposition is scheduled for March 9, 2020, but it will need to be rescheduled. The parties will confer on discovery objections, outstanding discovery, a new date for Plaintiff's

deposition. Plaintiff has not yet noticed depositions. The discovery deadline is July 6, 2020, and the deadline to file dispositive motions is August 6, 2020.

2. **Settlement Conference:** The Parties were previously referred to Para-Judicial Officer Albert Zakarian on or about November 12, 2019 (Dkt. 21). However, after this referral the parties conferred and determined that the mediation would likely not be fruitful without first conducting discovery. The parties are in the midst of discovery and believe that a settlement conference remains premature at this stage, but will confer during the course of discovery and formally request referral to a settlement conference if the parties believe it will be productive.

3. **Trial:** The parties do not consent to trial by a magistrate judge.

4. **Estimated Length of Trial:** At this time, the parties estimate that trial will take 3-4 days.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>CHRISTINA BENITEZ | DEFENDANT,<br>MAGGIE'S GLASTONBURY, INC. |
| By: */s/ Matthew D. Paradisi*<br>Matthew D. Paradisi (ct 29915)<br>Cicchiello & Cicchiello LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Tel: (860) 296-3457<br>Fax: (860) 296-0676<br>mparadisi@cicchielloesq.com | By: */s/ Sarah R. Skubas*<br>Sarah R. Skubas (ct 28327)<br>Alexa M. Farmer (ct 30052)<br>Jackson Lewis P.C.<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>Tel: (860) 522-0404<br>Fax: (860) 247-1330<br>sarah.skubas@jacksonlewis.com<br>alexa.farmer@jacksonlewis.com |

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on March 4, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                */s/ Alexa M. Farmer*
                Alexa M. Farmer