## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| CHRISTINA BENITEZ | : | CIVIL NO.: 3:19-CV-01377-MPS |
| Plaintiff, | : |   |
|   | : |   |
| v. | : |   |
|   | : |   |
| MAGGIE'S GLASTONBURY, INC. | : |   |
| Defendant. | : | DECEMBER 22, 2020 |
|   | : |   |

**WHEREAS**, this Court has been presented with a notice of settlement and a copy of the executed settlement agreement containing the terms and conditions of the settlement; and

**WHEREAS**, all Parties in this matter have had the benefit of being represented by counsel since this proceeding was commenced through the present;

**WHEREAS**, upon review of the settlement agreement, this Court finds it is fair and reasonable based on: (i) the absence of any fraud or collusion behind the settlement; (ii) the complexity, expense, and likely duration of the litigation; (iii) the stage of the proceedings and the amount of discovery completed, and information exchanged; (iv) the probability of the Parties' respective success on the merits; (v) the range of possible recovery; and, (vi) the opinions/representations of counsel.

**THEREFORE,** it is hereby **ORDERED** that on this 22nd day of December, 2020, the settlement is approved as fair and reasonable and this matter is DISMISSED WITH PREJUDICE, with each party to bear its or her own costs and fees not otherwise specified in the settlement agreement.

/s/
Michael P. Shea, U.S.D.J.